```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEARNLEY SECURITIES, INC.,

                Plaintiff,

-against-

IWATANI CORPORATION OF AMERICA, a New Jersey Corporation,

                Defendant.

25 Misc. 223 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 15, 2025, Plaintiff, Fearnley Securities, Inc., moved to quash a subpoena served by Defendant, Iwatani Corporation of America. ECF No. 1. Accordingly, by **June 12, 2025**, Defendant shall respond to the motion. By **June 26, 2025**, Plaintiff shall file its reply, if any.

    SO ORDERED.

Dated: May 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge