# OHASHI & HORN LLP

### ATTORNEYS AT LAW

DALLAS • NEW YORK • TOKYO

325 N ST. PAUL STREET, SUITE 4400
DALLAS, TEXAS 75201
PHONE: (214) 743-4170
FAX: (214) 743-4179
www.ohashiandhorn.com

WRITER'S E-MAIL ADDRESS: ckachel@ohashiandhorn.com

February 16, 2026

Hon. Steward D. Aaron
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom Room 11C
New York, NY 10007

> **Re:** *Fearnley Securities, Inc. v. Iwatani Corporation of America*, Case No. 25-mc-00223 (AT) Letter Motion to Seal Exhibit and Confidential Information to Defendant's Opposition to Plaintiff's Motion for Sanctions ("Opposition")

Your Honor:

On behalf of Iwatani Corporation of America ("Iwatani"), and  pursuant to Your Honor's Individual Practices II(B)(iv) to request leave to file under seal and in redacted form Exhibit B to the Declaration of Michael W. Shore filed with Defendant's Opposition. This letter motion is also made in accordance with Standing Order 19-Misc-00583 and Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions.

The document with proposed redactions, Exhibit B to Declaration of Michael W. Shore is a deposition transcript of Cavendish Hydrogen ASA's Chief Financial Officer marked by its counsel as testimony that is Confidential and Highly Confidential - Attorneys' & Experts' Eyes Only pursuant to the protective order in *Iwatani Corporation of America v. NEL ASA, et al.*, No. 24-cv-00192 (JVS)(KES) (C.D. Cal.) (ECF No. 104) as follows:[1]

Confidentiality Designations for Halland Deposition

| Page:Line | Designation |
|---|---|
| 7:24 – 25 | Confidential |
| 11:12 | Confidential |
| 27:10 – 130:15 | Confidential |

---

[1] A copy of the protective order has been attached as Exhibit C to the Declaration of Michael W. Shore.

# OHASHI & HORN LLP

February 16, 2026
Page 2

| 130:16 – 135:6 | HIGHLY CONFIDENTIAL – Attorneys' & Experts' Eyes Only |
| --- | --- |
| 135:7 – 361:8 | Confidential |

The Protective Order states:

3. Disclosure of Confidential Information. As a general guideline, Information marked "Confidential," as distinguished from "Highly Confidential - Attorneys' Eyes Only," shall include Information that may be disclosed by the parties for the purposes of the litigation, but which must be protected against disclosure to third parties. Once designated as "Confidential," such designated Information shall, absent a specific order by this Court, be used by the parties solely in connection with this litigation, and not for any business, competitive, or governmental purpose or function, and such Information shall not be disclosed to anyone except as provided herein.

8. Court Procedures.
(a)When filing pleadings which contain or attach Information designated as "Confidential" or "Highly Confidential - Attorneys' Eyes Only, the party so filing shall comply with C.D. Ca. Rule 79-5 and seek leave of Court to file under seal. ECF No. 104 §§3 and 8.

In accordance with Your Honor's Individual Practices II(B)(iv), this letter-motion and a copy of Exhibit B with the proposed redactions have been publicly filed via ECF. Furthermore, an unredacted copy of Exhibit B has been filed under seal via ECF and electronically related to the letter-motion, and a copy of the document with the proposed redactions, with the proposed redactions highlighted.

Iwatani respectfully requests that the Court grant leave to file Exhibit B to Declaration of Michael W. Shore under seal and in redacted form.

Respectfully Submitted,

Cody A. Kachel

ENDORSEMENT: The exhibit Defendant sought to file under seal as an attachment to its Letter Motion (ECF No. 25-1) was publicly filed in error. The Court *sua sponte* has limited access to that document to Court users only. Defendant is reminded that sealed documents must be served in accordance with the recent Standing Order regarding Procedures for Access to and Service of Sealed Documents (25-mc-00421). SO ORDERED.
Dated: February 17, 2026