**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Fearnley Securities, Inc.,** | |
| **Plaintiff,** | **1:25-mc-00223 (AT) (SDA)** |
| **-against-** | **ORDER** |
| **Iwatani Corporation of America,** | |
| **Defendant.** | |

It is hereby ORDERED that Defendant's Letter Motion to seal the revised version of Exhibit B to Defendant's opposition to Plaintiff's motion for sanctions, which contains limited excerpts of the deposition transcript of Marcus Halland, is GRANTED. (4/24/26 Letter Mot., ECF No. 41.) The Court finds that the proposed redactions to the excerpted portions of the transcript are narrowly tailored to prevent unauthorized dissemination of non-public, sensitive business information. (*See* Letter Mot. at 2 (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006)).) The Clerk of Court is respectfully requested to replace the previously filed Exhibit B (ECF No. 24-2, and the sealed version at ECF No. 25-1) with the excerpted version filed at ECF No. 41-1 (and under seal at ECF No. 43).

Dated:   New York, New York
          April 27, 2026

_____
STEWART D. AARON
United States Magistrate Judge